**Appeal Dismissed and Memorandum Opinion filed February 25, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00985-CV

---

## CHUKWUEMEKA FRANK NWANKWO AND ELIGWE, LLC, Appellants

## V.

## LARRY PAUL MANLEY, JR., Appellee

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-53467**

---

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed August 29, 2019. Appellants filed a timely motion for new trial on September 27, 2019. Appellants' notice of appeal was filed December 11, 2019.

When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a). Appellants' notice of appeal was not filed timely.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). While an extension may be implied, appellant is obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Appellants' notice of appeal was filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3. On January 28, 2020, appellants were ordered to file a proper motion to extend time to file the notice of appeal within ten days or the appeal would be dismissed. *See* Tex. R. App. P. 26.3; 10.5(B); 42.3(a). Appellants filed no response.

The appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Bourliot, Hassan and Poissant.